IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Anthony Gene Trappier *also known as* Anthony G. Trappier, | ) ) ) | C/A No.: 5:14-cv-01885-TLW |
| Petitioner, | ) ) | |
| vs. | ) ) | |
| Warden, *FCI Williamsburg,* | ) ) | |
| Respondent. | ) ) ) | |

## ORDER

Petitioner Anthony Gene Trappier, proceeding *pro se* and *in forma pauperis*, filed this habeas petition pursuant to 28 U.S.C. § 2254. (Doc. #1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West, to whom this case was previously assigned. (Doc. #18). In the Report, the Magistrate Judge recommends that Petition be dismissed without prejudice. Objections were due by July 31, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. #18), is **ACCEPTED**. The Petition, (Doc. # 1), is **DISMISSED** without prejudice.

Additionally, the Court has reviewed this petition in accordance with Rule 11 of the Rules Governing Section 2254 Proceedings. The Court concludes that it is not appropriate to issue a Certificate of Appealability. Petitioner is advised that he may seek a certificate from the Fourth Circuit Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

August 19, 2014
Columbia, South Carolina

2